**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Warren Vurl Johnson
                            Plaintiff,

v.                                                                 Case No.: 1:26−cv−00441
                                                                     Honorable Edmond E. Chang

Early Warning Services, LLC
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) On the Plaintiff's motion [8] for leave to file electronically, the motion is denied without prejudice to taking the usual steps that pro se litigants must take to register for a CM/ECF account. Page four of the CM/ECF guide describes the steps at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/quick_reference_0611a.pdf. (2.) The Plaintiff's motion [15] for protective order is denied without prejudice. There is no good cause for a pre−emptive motion to preclude filings that might be governed by a separate order from a separate case. (3.) On review of the proof of service, R. 17, in the upcoming status report due on 02/18/2026, R. 13, the Plaintiff shall explain why service has been properly effectuated when the proof of service does not identify the person on whom service was effectuated. The third field is what is supposed to be completed for service on an organization (like the defendant here, an alleged LLC), which has a section for listing the name of the person designated by law to accept service for the organization). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.