**KILPATRICK TOWNSEND & STOCKTON LLP**
Jeremy Buxbaum, Illinois Bar No. 6296010
*jbuxbaum@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(*pro hac vice* motion forthcoming)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(*pro hac vice* motion forthcoming)
*sstadler@ktslaw.com*
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
Tel: (312) 606-3200

Attorneys for Defendant
Early Warning Services, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Mr. Warren V. Johnson,<br><br>   Plaintiff,<br><br> v.<br><br>Early Warning Services, LLC,<br><br>   Defendant. | Case No. 1:26-cv-00441<br><br>**DEFENDANT EARLY WARNING SERVICES, LLC'S NOTICE OF MOTION** |

  TO: Mr. Warren V. Johnson
     215 E. 18th Street
     Lawrence, Kansas 66044
     (208) 317-1686
     warrenvjohnson@gmail.com

  PLEASE TAKE NOTICE that on February 24, 2026, at 8:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Edmond E. Chang or any judge sitting in his stead in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion (the "Motion"):

Defendant Early Warning Services, LLC's Motion to Dismiss and for Judgment on the Pleadings pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c).

On February 12, 2026, counsel for Defendant Early Warning Services, LLC sent Plaintiff Mr. Warren V. Johnson ("Johnson") an email asking whether he will object to the Motion and offering to discuss it. Johnson confirmed by return email that he will oppose the Motion.

| | |
|---|---|
| DATED:  February 17, 2026. | Respectfully submitted, |

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Jeremy Buxbaum*
Jeremy Buxbaum (IL Bar No. 6296010)
Dennis L. Wilson (*pro hac vice* motion forthcoming)
Sara K. Stadler (*pro hac vice* motion forthcoming)
500 West Madison Street, Suite 3700
Chicago, Illinois  60661
Tel: (312) 606-3200
*jbuxbaum@ktslaw.com*
*dwilson@ktslaw.com*
*sstadler@ktslaw.com*

Attorneys for Defendant
Early Warning Services, LLC

**CERTIFICATE OF SERVICE**

      I certify that on February 17, 2026, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing with a copy served via that system. For parties not receiving service via CM/ECF, a copy will be transmitted via electronic mail as follows:

    Warren Vurl Johnson
    215 E. 18th Street
    Lawrence, Kansas  66044
    (208) 317-1686
    warrenvjohnson@gmail.com

                                                   */s/ Jeremy Buxbaum*
                                                   Jeremy Buxbaum