# EXHIBIT A



April 29, 2025

To Whom It May Concern,

This letter is to formally confirm that there is no record of Warren V. Johnson's attendance at Mesa High School, and to verify that according to our records he did not attend Mesa High School between 1996-1999 or at any other point.

If you require any additional information, please feel free to contact me.

Sincerely,

*Kacey King*

Kacey King
General Counsel