# EXHIBIT B



**Warren Johnson <warrenvjohnson@gmail.com>**

## Template

**Warren Johnson** <warrenvjohnson@gmail.com>　　　　　　　　　　　　　　Tue, Sep 9, 2014 at 9:34 PM
To: warren.johnson@earlywarning.com

Hello

**3 attachments**

 **IP Matter Index Template.xls**
822K

 **Patent Index Template.xls**
1382K

 **Invention Disclosure Index Template.xls**
2208K