# EXHIBIT C

 **Warren Johnson <warrenvjohnson@gmail.com>**

---

## Case No. 1:26-cv-00441, N.D. Ill. - Johnson v. Early Warning Servs.

---

**Buxbaum, Jeremy** <JBuxbaum@ktslaw.com>                   Thu, Feb 12, 2026 at 2:31 PM
To: "warrenvjohnson@gmail.com" <warrenvjohnson@gmail.com>
Cc: "Wilson, Dennis" <DWilson@ktslaw.com>, "Stadler, Sara" <SStadler@ktslaw.com>

Dear Mr. Johnson:


As you know, our firm represents Early Warning Services, LLC, including in Case No. 1:26-cv-00441 in the Northern District of Illinois. The Court's rules require the parties to confer before filing motions. Our client intends to file a motion to dismiss your claims in this case. Please let us know whether you object to such a motion. We would be happy to schedule a call to discuss, if helpful.


Regards,


- Jeremy Buxbaum




Jeremy L. Buxbaum
JBuxbaum@ktslaw.com
Kilpatrick Townsend & Stockton LLP
500 West Madison Street | Suite 3700 | Chicago, IL 60661
**T** 312 268 1705 | **F** 312 284 1946
My Profile | vCard


'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
'