UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Warren Vurl Johnson
                          Plaintiff,

v.                                                     Case No.: 1:26–cv–00441
                                                                         Honorable Edmond E. Chang

Early Warning Services, LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 3, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the Plaintiff's motion to file Second Amended Complaint, R. 33, the motion is granted because this case is in its early stages and it is better to litigate potential Rule 12(b)(6) or 12(c) arguments with the ordinary course of defense motion, plaintiff response, defense reply, instead of in the context of an objection to an amendment. But the granting of the motion does not at all suggest that the Court is opining that the Second Amended Complaint will survive a renewed motion to dismiss or motion for judgment on the pleadings. And this amended pleading represents a third attempt at setting forth a viable complaint, so if a dispositive motion is filed and if it is granted, the Court would not necessarily allow yet another amended pleading. The prior motion [22] to dismiss is terminated without prejudice. The Defendant's response to the Second Amended Complaint is due by 03/24/2026. If a dispositive motion is filed, then the Plaintiff's response is due by 04/07/2026 and the defense reply is due by 04/21/2026. Discovery remains stayed. The tracking status hearing of 05/01/2026 remains in place, but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.