WARREN V. JOHNSON
warrenvjohnson@gmail.com
215 E 18th St
Lawrence, KS 66044
Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MR. WARREN V. JOHNSON<br>        Plaintiffs,<br><br>    v<br>    .<br><br>EARLY WARNING SERVICES, LLC<br>Defendants. | Case No.: 1:26-cv-00441<br><br>**MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

## MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Warren V. Johnson respectfully moves for leave to file the attached [Proposed] Surreply in Opposition to Defendant's Motion to Dismiss, attached as Exhibit 1. Defendant's Reply (Dkt. 39) introduces new arguments, legal theories, case authorities, and an exhibit that were absent from the Motion (Dkt. 37), including: (1) the accusation that Plaintiff registered "Microsoft's source code"; (2) the accusation that Plaintiff fabricated a judicial opinion; (3) new case law including *Foss v. Eastern States Exposition* and *Syrus v. Bennett*; and (4) a new challenge to the validity of Plaintiff's registrations under *Syrus*. Leave to file a surreply is warranted when a reply raises new arguments or new factual matters. *Rawoof v. Texor Petroleum Co.*, 521 F.3d 750, 756–57 (7th Cir. 2008); *Narducci v. Moore*, 572 F.3d 313, 324 (7th Cir. 2009) (arguments raised for the first time in reply are waived). Plaintiff attaches the proposed surreply as Exhibit 1 solely for the Court's convenience in evaluating this motion, and respectfully requests that the Court deem it filed as of the date leave is granted.

Respectfully submitted,

Dated: __April 25, 2026_____

/s/ Warren V. Johnson
Warren V. Johnson
215 E 18th St
Lawrence, KS 66044
Tel: (208) 317-1686
warrenvjohnson@gmail.com

**CERTIFICATE OF SERVICE**

I, Warren V. Johnson, hereby certify that on this date, I electronically filed the foregoing

Motion for Leave to File a Surreply with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to all counsel of record.


/s/ Warren V. Johnson
Warren V. Johnson